No. 121.   JONES v. CALIFORNIA.

October 9, 1944.   *Per Curiam:* The appeal is dismissed for want of jurisdiction.   § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a); *Memphis Gas Co.* v. *Beeler,* 315 U. S. 649, 650–651, and cases cited.   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.   *Mr. Morris Lavine* for appellant.

No. 378.   COMMERCIAL CREDIT CO. v. O'BRIEN, COUNTY TREASURER, ET AL.   October 9, 1944.   *Per Curiam:* The appeal is dismissed for want of jurisdiction.   § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a); *Memphis Gas Co.* v. *Beeler,* 315 U. S. 649, 650–651, and cases cited. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied.   The CHIEF JUSTICE took no part in the consideration or decision of this case.   *Messrs. Newell W. Ellison, Duane R. Dills,* and *Charles A. Horsky* for appellant.   *Mr. R. V. Bottomly* for appellees.